1230

No. 99–1644. GOULD v. SMITH ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1646. DAVIS v. BOARD OF ASSESSORS OF THE CITY OF MALDEN. App. Ct. Mass. Certiorari denied.

No. 99–1656. CITY OF SHREVEPORT v. SIMPSON. C. A. 5th Cir. Certiorari denied.

No. 99–1657. McCLURE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 99–1666. UNITED STATES EX REL. HARRIS v. GEORGE WASHINGTON PRIMARY CARE ASSOCIATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–1685. VOTING INTEGRITY PROJECT, INC., ET AL. v. BOMER, SECRETARY OF STATE OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 99–1689. LeBLANC v. SALEM, TRUSTEE. C. A. 1st Cir. Certiorari denied.

No. 99–1695. JENKINS v. IDAHO STATE BAR. Sup. Ct. Idaho. Certiorari denied.

No. 99–1707. STAVRIDIS v. ENERGY ABSORPTION SYSTEMS, INC. C. A. 11th Cir. Certiorari denied.

No. 99–1721. GAINES v. WHITE RIVER ENVIRONMENTAL PARTNERSHIP ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1757. MOUNKES ET UX. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–1759. CONNER v. BARBOUR COUNTY BOARD OF EDUCATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–1765. IN RE LEDVINA. C. A. 8th Cir. Certiorari denied.

No. 99–1766. UNDERWOOD ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.